DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

KENNETH JAMES PRINCE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2025-1351

_____

November 21, 2025

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit Court for Pinellas County; Joseph A. Bulone, Judge.

PER CURIAM.

Affirmed.

LUCAS, C.J., and VILLANTI and ATKINSON, JJ., Concur.

_____

Opinion subject to revision prior to official publication.